# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

————

302 658 9200
302 658 3989 Fax

Megan E. Dellinger
(302) 351-9366
mdellinger@morrisnichols.com

July 24, 2026

The Honorable Jennifer L. Hall                          *VIA ELECTRONIC FILING*
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

Re:     *Pfizer Inc., et. al. v. Micro Labs Limited, et. al.*
        C.A. No. 26-439 (JLH) (Consolidated)

Dear Judge Hall:

Pursuant to the Court's Orders dated May 12, 2026 (D.I. 10), May 26, 2026 (D.I. 15), and July 1, 2026 (D.I. 20), the parties in this consolidated action jointly submit this letter and accompanying proposed Scheduling Order for the Court's consideration.

On April 16, 2026, Plaintiffs Pfizer Inc. and PF PRISM IMB B.V. (collectively, "Pfizer") filed civil actions in the District of Delaware against Defendants Micro Labs Limited and Micro Labs USA Inc. (collectively, "Micro Labs"), C.A. No. 26-439-JLH, Changzhou Pharmaceutical Factory ("Changzhou"), C.A. No. 26-440-JLH, and Biocon Limited, Biocon Pharma Limited, and Biocon Pharma, Inc. (collectively, "Biocon"), C.A. No. 26-441-JLH, in connection with Defendants' respective Abbreviated New Drug Applications (ANDAs) seeking FDA approval for Abrocitinib Tablets 50 mg, 100 mg, and 200 mg prior to the expiration of at least one of U.S. Patent Nos. 9,035,074 (all Defendants), 9,545,045 (Micro Labs and Changzhou), and 9,549,929 (Micro Labs and Changzhou).  The '074 patent, the '045 patent, and the '929 patent are listed in the FDA "Orange Book" for CIBINQO®.

On July 1, 2026, the Court granted the parties' request to consolidate the three actions for all purposes and designated C.A. No. 26-439-JLH as the lead case.  *See* D.I. 20.  The parties subsequently conferred and were able to reach agreement on the proposed scheduling order attached hereto.  If the proposed scheduling order meets the Court's approval, the parties respectfully request that it be entered and that the Court forego a Rule 16(b) Scheduling Conference.

The Honorable Jennifer L. Hall
July 24, 2026
Page 2

Respectfully,

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

MED/bac
Attachment

cc:    Clerk of the Court (via hand delivery; w/attachment)
       All Counsel of Record (via electronic mail; w/attachment)