**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PFIZER INC. and PF PRISM IMB B.V., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-439 (JLH) |
| | ) | **CONSOLIDATED** |
| MICRO LABS LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following documents:

**DEFENDANTS MICRO LABS LIMITED AND MICRO LABS USA, INC.'S
INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. 26(a)(1)**

**DEFENDANTS MICRO LABS LIMITED AND MICRO LABS USA, INC.'S
INITIAL DISCLOSURES PURSUANT TO PARAGRAPH 3 OF THE
DELAWARE DEFAULT STANDARD FOR DISCOVERY**

were served upon the attorneys listed below via electronic mail on this 31st day of July, 2026

prior to 5:00 p.m. Eastern:

Jeremy A. Tigan
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs
Pfizer Inc. and PF Prism IMB B.V.*

Elizabeth Holland
John P. Scheibeler
Amit H. Thakore
Ryan Curiel
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
elizabeth.holland@whitecase.com
jscheibeler@whitecase.com
athakore@whitecase.com
ryan.curiel@whitecase.com

*Attorneys for Plaintiffs
Pfizer Inc. and PF Prism IMB B.V.*

Dated: July 31, 2026

                                                */s/ Cortlan S. Hitch*

OF COUNSEL:
Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020
(212) 940-8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Rachel L. Schweers
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 100
Dallas, Texas 75201-2591
(469) 627-7003
rachel.schweers@katten.com

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Micro Labs Limited and*
*Micro Labs USA, Inc.*

2