**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| PFIZER INC. and PF PRISM IMB B.V., | : |
|  | : |
| *Plaintiffs,* | :    C.A. No. 1:26-cv-00439-JLH |
|  | : |
| v. | :    **CONSOLIDATED** |
|  | : |
| MICRO LABS LIMITED, *et al.,* | :    ANDA Case |
|  | : |
| *Defendants.* | : |
|  | : |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 31st day of July, 2026 Defendants, Biocon Limited, Biocon Pharma Limited, and Biocon Pharma Inc. served (1) *Defendants, Biocon Limited, Biocon Pharma Limited, and Biocon Pharma Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* and (2) *Defendants, Biocon Limited, Biocon Pharma Limited, and Biocon Pharma Inc.'s Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery* upon the following counsel of record via electronic mail:

| | |
|---|---|
| Jeremy A. Tigan | Elizabeth Holland |
| Megan E. Dellinger | John P. Scheibeler |
| Morris, Nichols, Arsht & Tunnell LLP | Amit H. Thakore |
| 1201 North Market Street | Ryan Curiel |
| P.O. Box 1347 | White & Case LLP |
| Wilmington, DE 19899 | 1221 Avenue of the Americas |
| (302) 658-9200 | New York, NY 10020 |
| jtigan@morrisnichols.com | (212) 819-8200 |
| mdellinger@morrisnichols.com | elizabeth.holland@whitecase.com |
| | jscheibeler@whitecase.com |
| *Attorneys for Plaintiffs Pfizer Inc.* | athakore@whitecase.com |
| *and PF PRISM IMB B.V.* | ryan.curiel@whitecase.com |
| | |
| | *Attorneys for Plaintiffs Pfizer Inc.* |
| | *and PF PRISM IMB B.V.* |

Dated: July 31, 2026

Respectfully submitted,

**KRATZ & BARRY LLP**

*/s/ R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*

Timothy H. Kratz (*Pro Hac Vice*)
George J. Barry III (*Pro Hac Vice*)
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com

Michael P. Hogan (*Pro Hac Vice*)
KRATZ & BARRY LLP
P.O. Box 63765
622 S. 4th Street
Philadelphia, PA 19147
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendant,*
*Biocon Limited, Biocon Pharma Limited*
*and Biocon Pharma Inc.*

2