## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PFIZER INC., PF PRISM IMB B.V., <br><br> Plaintiffs, <br><br> v. <br><br> MICRO LABS LIMITED, *et al.*, <br><br> Defendants. | C.A. No. 26-439-JLH <br><br> **CONSOLIDATED** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE on July 31, pursuant to Court's Scheduling Order (D.I. 22), Defendant Changzhou Pharmaceutical Factory served its Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Paragraph 3 of the Delaware Default Standard for Discovery on the following counsel of record for Plaintiffs via electronic mail:

Jeremy A. Tigan
Megan Elizabeth Dellinger
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street P.O. Box 1347
Wilmington, DE 19899
jtigan@morrisnichols.com
mdellinger@mnat.com

Amit H. Thakore
Elizabeth Holland
Ryan Curiel
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
athakore@whitecase.com
elizabeth.holland@whitecase.com
ryan.curiel@whitecase.com

Dated: July 31, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Changzhou
Pharmaceutical Factory*

2