IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC. and PF PRISM IMB B.V.,            )
                                               )
              Plaintiffs,                      )
                                               )
       v.                                      )   C.A. No. 26-439 (JLH)
                                               )   **CONSOLIDATED**
MICRO LABS LIMITED, et al.,                    )
                                               )
              Defendants.                      )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Paragraph 3 Disclosures*;

and (2) *Plaintiffs' Rule 26(A)(1) Disclosures (Separate Set of Each Disclosure for Each Defendant*

*Group)* were caused to be served on July 31, 2026, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                      *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE  19803
*Attorneys for Defendants Micro Labs Limited and*
*Micro Labs USA, Inc.*

Lance A. Soderstrom, Esquire                     *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY  10020-1605
*Attorneys for Defendants Micro Labs Limited and*
*Micro Labs USA, Inc.*

Rachel L. Schweers, Esquire                      *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX  75201-2591
*Attorneys for Defendants Micro Labs Limited and*
*Micro Labs USA, Inc.*

Neal C. Belgam, Esquire                                          *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN & JENKINS LLP
1000 North West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Changzhou Pharmaceutical*
*Factory*

H. Howard Wang, Esquire                                          *VIA ELECTRONIC MAIL*
RIMON, P.C.
100 Overlook Center, 2nd Floor
Princeton, NJ  08540
*Attorneys for Defendant Changzhou Pharmaceutical*
*Factory*

R Touhey Myer, Esquire                                           *VIA ELECTRONIC MAIL*
KRATZ & BARRY LLP
800 North West Street
Wilmington, DE  19801
*Attorneys for Defendants Biocon Limited, Biocon*
*Pharma Limited, and Biocon Pharma, Inc.*

Timothy H. Kratz, Esquire                                        *VIA ELECTRONIC MAIL*
George. J. Barry, III, Esquire
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA  30338
*Attorneys for Defendants Biocon Limited, Biocon*
*Pharma Limited, and Biocon Pharma, Inc.*

Michael P. Hogan, Esquire                                        *VIA ELECTRONIC MAIL*
KRATZ & BARRY LLP
622 South 4th Street
P.O. Box 63765
Philadelphia, PA  19147
*Attorneys for Defendants Biocon Limited, Biocon*
*Pharma Limited, and Biocon Pharma, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc. and
PF PRISM IMB B.V.*

OF COUNSEL:

Elizabeth Holland
John P. Scheibeler
Amit H. Thakore
Ryan Curiel
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
(212) 819-8200

July 31, 2026

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 31, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 31, 2026, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                    *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE  19803
*Attorneys for Defendants Micro Labs Limited and*
*Micro Labs USA, Inc.*

Lance A. Soderstrom, Esquire                   *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY  10020-1605
*Attorneys for Defendants Micro Labs Limited and*
*Micro Labs USA, Inc.*

Rachel L. Schweers, Esquire                    *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX  75201-2591
*Attorneys for Defendants Micro Labs Limited and*
*Micro Labs USA, Inc.*

Neal C. Belgam, Esquire                        *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN & JENKINS LLP
1000 North West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendant Changzhou Pharmaceutical*
*Factory*

H. Howard Wang, Esquire                                    *VIA ELECTRONIC MAIL*
RIMON, P.C.
100 Overlook Center, 2nd Floor
Princeton, NJ  08540
*Attorneys for Defendant Changzhou Pharmaceutical*
*Factory*

R Touhey Myer, Esquire                                     *VIA ELECTRONIC MAIL*
KRATZ & BARRY LLP
800 North West Street
Wilmington, DE  19801
*Attorneys for Defendants Biocon Limited, Biocon*
*Pharma Limited, and Biocon Pharma, Inc.*

Timothy H. Kratz, Esquire                                  *VIA ELECTRONIC MAIL*
George. J. Barry, III, Esquire
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA  30338
*Attorneys for Defendants Biocon Limited, Biocon*
*Pharma Limited, and Biocon Pharma, Inc.*

Michael P. Hogan, Esquire                                  *VIA ELECTRONIC MAIL*
KRATZ & BARRY LLP
622 South 4th Street
P.O. Box 63765
Philadelphia, PA  19147
*Attorneys for Defendants Biocon Limited, Biocon*
*Pharma Limited, and Biocon Pharma, Inc.*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

2