## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC. and PF PRISM IMB B.V., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-439 (JLH) |
| | ) | **CONSOLIDATED** |
| MICRO LABS LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR EXTENSION OF TIME

Plaintiffs Pfizer Inc. and PF PRISM IMB B.V. (collectively, "Plaintiffs") and Defendants Micro Labs Limited and Micro Labs USA Inc. (collectively, "Micro Labs"), Changzhou Pharmaceutical Factory ("Changzhou") and Biocon Limited, Biocon Pharma Limited, and Biocon Pharma, Inc. (collectively, "Biocon") (all collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to submit a proposed protective order shall be extended as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Joint Proposed Protective Order | August 12, 2026 | August 19, 2026 |
| Plaintiffs identify accused products and asserted patents; Plaintiffs produce file histories. ¶4(a) of Delaware Default Standard for Discovery | August 21, 2026 | No Change |
| Defendants produce core technical documents ¶4(b) of Delaware Default Standard for Discovery | September 18, 2026 | No Change |
| Plaintiffs serve Initial Infringement Contentions ¶4(c) of Delaware Default Standard for Discovery | October 20, 2026 | No Change |
| Defendants serve Initial Invalidity Contentions and invalidating references ¶4(d) of Delaware Default Standard for Discovery | November 20, 2026 | No Change |
| Exchange claim terms for construction | December 18, 2026 | No Change |
| Exchange proposed constructions | January 11, 2027 | No Change |

1

| | | |
|---|---|---|
| Joint Claim Construction Chart | January 22, 2027 | No Change |
| Opening Claim Construction Brief (Plaintiffs) | February 11, 2027 | No Change |
| Answering Claim Construction Brief (Defendants) | March 12, 2027 | No Change |
| Reply Claim Construction Brief (Plaintiffs) | April 9, 2027 | No Change |
| Sur-reply Claim Construction Brief (Defendants) | April 23, 2027 | No Change |
| Joint Claim Construction Brief | April 30, 2027 | No Change |
| Meet and Confer and File Joint Amended Claim Chart | May 19, 2027 | No Change |
| Markman Hearing | August 12, 2027 | No Change |
| Substantial Completion of Document Production | July 30, 2027 | No Change |
| Deadline to Join Parties / Amend Pleadings | August 13, 2027 | No Change |
| Supplementation (¶14) | October 22, 2027 | No Change |
| Interim Status Report (¶15) | November 10, 2027 | No Change |
| Close of Fact Discovery | January 28, 2028 | No Change |
| Opening Expert Reports | March 31, 2028 | No Change |
| Rebuttal Expert Reports | May 2, 2028 | No Change |
| Reply Expert Reports | May 25, 2028 | No Change |
| Close of Expert Discovery | July 28, 2028 | No Change |
| Opening Daubert Motions | August 11, 2028 | No Change |
| Answering Daubert Motions | August 25, 2028 | No Change |
| Reply Daubert Motions | September 1, 2028 | No Change |
| Hearing on Daubert Motions | October 17, 2028 | No Change |
| Joint Pretrial Order (including Motions in Limine) | January 15, 2029 (*seven days before pretrial conference*) | No Change |

| Pretrial Conference | January 22, 2029 | No Change |
|---|---|---|
| Trial (4 days) | January 29, 2029 | No Change |
| 30-Month Stay Expiration | July 14, 2029 | No Change |

Dated: August 11, 2026

_/s/ Megan E. Dellinger_
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

_Attorneys for Plaintiffs_
_Pfizer Inc. and PF PRISM IMB B.V._

_/s/ Daniel A. Taylor_
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
SMITH KATZENSTEIN & JENKINS LLP
1000 North West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

_Attorneys for Defendant_
_Changzhou Pharmaceutical Factory_

_/s/ Cortlan S. Hitch_
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

_Attorneys for Defendants_
_Micro Labs Limited_
_and Micro Labs USA Inc._

_/s/ R Touhey Myer_
R Touhey Myer (#5939)
KRATZ & BARRY LLP
800 North West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

_Attorneys for Defendants_
_Biocon Limited,_
_Biocon Pharma Limited, and_
_Biocon Pharma, Inc._

**SO ORDERED** this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE