IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC. and PF PRISM IMB B.V., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-439 (JLH) |
| | ) | **CONSOLIDATED** |
| MICRO LABS LIMITED, et al., | ) | **ANDA CASE** |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Plaintiffs' Disclosure of Accused Products and Asserted Patents (Separately for Each Defendant Group)* were caused to be served on August 21, 2026, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire — *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
*Attorneys for Defendants Micro Labs Limited and Micro Labs USA, Inc.*

Lance A. Soderstrom, Esquire — *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
*Attorneys for Defendants Micro Labs Limited and Micro Labs USA, Inc.*

Rachel L. Schweers, Esquire — *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX 75201-2591
*Attorneys for Defendants Micro Labs Limited and Micro Labs USA, Inc.*

Neal C. Belgam, Esquire
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN & JENKINS LLP
1000 North West Street, Suite 1501
Wilmington, DE 19801
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

*VIA ELECTRONIC MAIL*

H. Howard Wang, Esquire
RIMON, P.C.
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

*VIA ELECTRONIC MAIL*

R Touhey Myer, Esquire
KRATZ & BARRY LLP
800 North West Street
Wilmington, DE 19801
*Attorneys for Defendants Biocon Limited, Biocon Pharma Limited, and Biocon Pharma, Inc.*

*VIA ELECTRONIC MAIL*

Timothy H. Kratz, Esquire
George. J. Barry, III, Esquire
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
*Attorneys for Defendants Biocon Limited, Biocon Pharma Limited, and Biocon Pharma, Inc.*

*VIA ELECTRONIC MAIL*

Michael P. Hogan, Esquire
KRATZ & BARRY LLP
622 South 4th Street
P.O. Box 63765
Philadelphia, PA 19147
*Attorneys for Defendants Biocon Limited, Biocon Pharma Limited, and Biocon Pharma, Inc.*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs Pfizer Inc. and PF PRISM IMB B.V.*

OF COUNSEL:

Elizabeth Holland
John P. Scheibeler
Amit H. Thakore
Ryan Curiel
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200

August 21, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 21, 2026, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
*Attorneys for Defendants Micro Labs Limited and Micro Labs USA, Inc.*

Lance A. Soderstrom, Esquire *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
*Attorneys for Defendants Micro Labs Limited and Micro Labs USA, Inc.*

Rachel L. Schweers, Esquire *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
2121 North Pearl Street, Suite 1100
Dallas, TX 75201-2591
*Attorneys for Defendants Micro Labs Limited and Micro Labs USA, Inc.*

Neal C. Belgam, Esquire *VIA ELECTRONIC MAIL*
Daniel A. Taylor, Esquire
SMITH KATZENSTEIN & JENKINS LLP
1000 North West Street, Suite 1501
Wilmington, DE 19801
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

H. Howard Wang, Esquire
RIMON, P.C.
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
*Attorneys for Defendant Changzhou Pharmaceutical Factory*

*VIA ELECTRONIC MAIL*

R Touhey Myer, Esquire
KRATZ & BARRY LLP
800 North West Street
Wilmington, DE 19801
*Attorneys for Defendants Biocon Limited, Biocon Pharma Limited, and Biocon Pharma, Inc.*

*VIA ELECTRONIC MAIL*

Timothy H. Kratz, Esquire
George. J. Barry, III, Esquire
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
*Attorneys for Defendants Biocon Limited, Biocon Pharma Limited, and Biocon Pharma, Inc.*

*VIA ELECTRONIC MAIL*

Michael P. Hogan, Esquire
KRATZ & BARRY LLP
622 South 4th Street
P.O. Box 63765
Philadelphia, PA 19147
*Attorneys for Defendants Biocon Limited, Biocon Pharma Limited, and Biocon Pharma, Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)