**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC., PF PRISM IMB B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>MICRO LABS LIMITED, *et al.*,<br><br>Defendants. | C.A. No. 26-439-JLH<br><br>**CONSOLIDATED** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE on September 18, 2026, pursuant to Paragraph 4(b) of the Delaware Default Standard for Discovery and the Court's Scheduling Order (D.I. 22, at ¶ 7(b))), Defendant Changzhou Pharmaceutical Factory served its Core Technical Documents on the following counsel of record for Plaintiffs via electronic mail:

Jeremy A. Tigan
Megan Elizabeth Dellinger
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street P.O. Box 1347
Wilmington, DE 19899
jtigan@morrisnichols.com
mdellinger@mnat.com

Amit H. Thakore
John Scheibeler
Ryan Curiel
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
athakore@whitecase.com
jscheibeler@whitecase.com
ryan.curiel@whitecase.com

Dated: September 18, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Changzhou Pharmaceutical Factory*