**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC. and PF PRISM IMB B.V., *Plaintiffs*, v. MICRO LABS LIMITED, *et al.*, *Defendants*. | C.A. No. 1:26-cv-00439-JLH<br>CONSOLIDATED<br>ANDA Case |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 18th day of September 2026, Defendants, Biocon Limited, Biocon Pharma Limited and Biocon Pharma Inc. (collectively, "Biocon") served the *Production of Biocon Defendants' Core Technical Documents Pursuant to Paragraph 4(b) of the Delaware Default Standard for Discovery and Pursuant to the Standing Order Regarding Hatch-Waxman Cases in Which Infringement is Alleged* upon the below listed counsel of record via electronic mail:

Jeremy A. Tigan
Megan E. Dellinger
MORRIS, NICHOLS,
ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs,*
*Pfizer Inc. and PF PRISM IMB B.V.*

Elizabeth Holland
John P. Scheibeler
Amit H. Thakore
Ryan Curiel
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
elizabeth.holland@whitecase.com
jscheibeler@whitecase.com
athakore@whitecase.com
ryan.curiel@whitecase.com

*Attorneys for Plaintiffs,*
*Pfizer Inc. and PF PRISM IMB B.V.*

Dated: September 18, 2026

Respectfully submitted,

**KRATZ & BARRY LLP**

*/s/ R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendants,*
*Biocon Limited, Biocon Pharma Limited*
*and Biocon Pharma Inc.*